1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8928
       Facsimile: (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11                              **FRESNO DIVISION**

12

13  BARBARA HAMILTON,                 )
                                      )   CIVIL NO. 1:09-CV-1427-SMS
14         Plaintiff,                 )
                                      )   STIPULATION AND ORDER TO
15         v.                         )   EXTEND TIME
                                      )
16  MICHAEL J. ASTRUE,                )
    Commissioner of                   )
17  Social Security,                  )
                                      )
18         Defendant.                 )
    _____)

19

20      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21  Motion for Summary Judgment be extended 30 days from February 18, 2010 to March 22, 2010.

22      Defendant apologizes for any inconvenience that this late filing may have caused the Court. This

23  Stipulation is late due to a clerical error resulting in an untimely notification that Plaintiff's Motion had

24  been filed. Further, counsel of record was out of the office for five weeks on sick leave. This is

25  Defendant's first request for an extension of time to respond to Plaintiff's motion.

26  //

27  //

28  //

1  Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: February 24, 2010                    */s/ Brian Shapiro*
                                            (As authorized via phone)
                                            BRIAN SHAPIRO
                                            Attorney for Plaintiff


Dated: February 24, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration


                                            */s/ Kathryn R. Watson*
                                            KATHRYN R. WATSON
                                            Special Assistant United States Attorney
                                            Social Security Administration

IT IS SO ORDERED.

Dated:   February 24, 2010                    /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE