1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
7     E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BARBARA HAMILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 1:09-CV-1427-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from February 18, 2010 to March 22, 2010.

   Defendant apologizes for any inconvenience that this late filing may have caused the Court.  This Stipulation is late due to a clerical error resulting in an untimely notification that Plaintiff's Motion had been filed.  Further, counsel of record was out of the office for five weeks on sick leave.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//

//

//

1  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                              Respectfully submitted,

Dated: February 24, 2010      */s/ Brian Shapiro*
                                         (As authorized via phone)
                                         BRIAN SHAPIRO
                                         Attorney for Plaintiff

Dated: February 24, 2010      BENJAMIN B. WAGNER
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                         */s/ Kathryn R. Watson*
                                         KATHRYN R. WATSON
                                         Special Assistant United States Attorney
                                         Social Security Administration

IT IS SO ORDERED.

Dated:   February 24, 2010        /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE