# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. HAMILTON,  | CASE NO. 1:09-cv-01427-SMS |
| Plaintiff, | |
| v. | ORDER REMANDING CASE FOR FURTHER PROCEEDINGS |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 28, 2012, the United States Court of Appeals for the Ninth Circuit issued a mandate that its decision in this case, dated January 3, 2012, become effective. That decision reversed this Court's decision and remanded the case to the Administrative Law Judge to resolve the discrepancy between the hypothetical he posed at the agency hearing and the vocational expert's response before determining the existence of sufficient jobs that Plaintiff can perform.

According, it is hereby ORDERED that this case be remanded to the Administrative Law Judge for proceedings in accordance with the decision of the Ninth Circuit Court.

IT IS SO ORDERED.

Dated:   February 29, 2012           /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE

1